TOWNSHIP OF MAHWAH, ET AL., PLAINTIFFS-APPELLANTS, CROSS-RESPONDENTS, v. BERGEN COUNTY BOARD OF TAX-ATION, DEFENDANT-RESPONDENT, CROSS-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued May 9, 1983—Decided June 20, 1983.

Before Judges ARD, KING and McELROY.

*Brian T. Campion* argued the cause on behalf of appellants (*Breslin & Breslin,* attorneys, E. Carter Corriston, of counsel).

*Harry Haushalter,* Deputy Attorney General, argued the cause on behalf of respondent Bergen County Board of Taxation (*Irwin I. Kilmmelman,* Attorney General of New Jersey, attorney; *James J. Ciancia,* Assistant Attorney General, of counsel).

*Jacob Schneider* argued the cause on behalf of respondents Township of Teaneck and Werner H. Schmid (*Schneider, Schneider & Balt,* attorneys).

*Anthony D. Andora* argued the cause on behalf of respondents Boroughs of Cresskill, Closter, Fort Lee, Demarest and Little Ferry (*Andora, Palmisano, DeCotiss & Harris,* attorneys; *John*

*J. Langan, Jr., Jonathan N. Harris* and *Anthony D. Andora,* on the brief).

*Joseph S. DiMaria* argued the cause for the Borough of Paramus, *amicus curiae.*

*Stuart R. Koenig* argued the cause for the Township of Cedar Grove, *amicus curiae (Stickel & Koenig,* attorneys).

PER CURIAM.

The judgment of the Tax Court is affirmed for the reasons stated in the opinion of Judge Evers. 3 *N.J.Tax* 513 (1981). *See also Newark Superior Officers Ass'n v. Newark,* 187 *N.J.Super.* 390 (App.Div.1982).

Affirmed.